## MASTER MAILING LIST OF CREDITORS

Bayview Loan Servicing, LLC,

Servicing Agent for the Bank of New York Mellon

4425 Ponce de Leon Blvd, 5th floor

Coral Gables, Florida 33146

(MASTER MAILING LIST OF CREDITORS)

- 1 -